IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>REX PLAZA, LP,<br>a Texas Limited Partnership,<br><br>    Defendant. | Case No.:   4:20-cv-00342 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff WAYNE THOMAS and Defendant REX PLAZA, LP, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within ten (10) days.

Dated: June 1, 2020

Respectfully submitted,

*/s/ Louis I. Mussman*
Louis I. Mussman
Attorney-in-charge
Florida Bar No. 597155
S.D. TX No. 2274288
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, Florida 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512

Respectfully submitted,

*/s/ Duncan T Pham*
Duncan T Pham
State Bar No.: 15895400
D T Pham & Associates, PLLC
6164 Richmond Ave., Suite 207
Houston, Texas 77057
Telephone: (713) 522-7270
Facsimile: (713) 522-1459
info@phamlawfirm.com

Louis@KuMussman.com                     *Counsel for Defendant*

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
4550 Post Oak Place, Suite 201
Houston, TX 77027
Tel: (713) 877-8800
Fax: (713) 877-1229
johnkgrubb@grubblegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Duncan T Pham
D T Pham & Associates, PLLC
6164 Richmond Ave., Suite 207
Houston, Texas 77057
info@phamlawfirm.com

By:   */s/ Louis I. Mussman*   .
      Louis I. Mussman

2