UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Wayne Thomas, | § | |
|         Plaintiff, | § | |
| *versus* | § | Civil Action H-20-342 |
| Rex Plaza, LP, | § | |
|         Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on June __16__, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge